ORIGINAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
STATE OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 09 2011

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| ZENA ADELL, | * |
| Plaintiff, | * CIVIL ACTION |
| | * FILE NO. _____ |
| v. | * |
| | * **1:11-CV-0739** |
| LOWE'S HOME CENTERS INC. D/B/A | * |
| LOWE'S HOME CENTERS INC. #1715 | * |
| Defendant. | * |

## COMPLAINT FOR DAMAGES

COMES NOW Plaintiff, Zena Adell and files this her Complaint against Lowe's Home Centers Inc. d/b/a Lowe's Home Centers Inc. #1715, hereinafter referred to as to Defendant, and would state the following:

### PARTIES, JURISDICTION, AND VENUE

### INTRODUCTION

1.

At all times pertinent to the allegations of this Complaint, Plaintiff, Zena Adell, was and is a resident of the State of Georgia and residing at 265 Fitzgerald Place, College Park, Georgia 30349.

2.

At all times pertinent to the allegations of this Complaint, Defendant was and is a for profit North Carolina foreign corporation doing business in the State of Georgia at 3625 North Commerce Drive, East Point, Georgia 30334. Defendant is authorized to transact and do business within the State of Georgia, and is subject to the jurisdiction and venue of this Court. Service of process may be perfected upon Defendant through its registered agent, Corporation Service Company, at the following address: 40 Technology Parkway South, Suite 300, Norcross, Gwinnett County, Georgia 30092.

3.

At all times pertinent to the allegations of this Complaint, Defendant owned and/or operated and/or maintained a retail building materials/supplies center in East Point, Georgia which was open to the public and located at 3265 North Commerce Drive, East Point, Georgia 30344.

4.

The jurisdiction of this Court attaches under the provisions of 28 U.S.C. § 1332, in the amount in controversy exceeds, exclusive of interest and costs, the sum of Seventy Five Thousand Dollars and No Cents ($75,000.00), and the parties are citizens of different states.

5.

Venue and jurisdiction are proper in the United States District Court for the Northern District of Georgia, Atlanta Division, by virtue of the fact that the accident which is the subject matter of this Complaint occurred in Fulton County which is located in the Northern District of Georgia.

## FACTS

6.

Defendant is in the business of providing building materials/supplies/household goods and supplies and other retail merchandise to members of the public for purchase.

7.

On May 24, 2009, Plaintiff Zena Adell, drove her car to Defendant's retail establishment. She parked in the parking lot designated for Defendants' customers. It was raining and dark outside at the time of Plaintiff's arrival at Defendant's retail establishment.

8.

Plaintiff, Zena Adell exited her vehicle and walked across Defendant's parking lot to enter its retail center. Plaintiff intended to purchase merchandise from Defendant for use in her home.

Unable to locate the desired merchandise, Plaintiff exited the doors to Defendant's retail establishment and was walking towards her vehicle. It was dark and raining and the parking lot was wet. The parking lot's asphalt was black.

As Plaintiff walked across the pavement on Defendant's parking lot, she stepped into a hole which had been filled with rainwater, thus preventing her from seeing it before walking into the hole. Plaintiff tripped and fell injuring herself.

9.

The place where Plaintiff fell was directly in front of, and no less than, twenty to thirty feet from the exit doors of Defendant's retail establishment.

10.

The place where Plaintiff fell did not have any warning signs, caution signs, or warnings to alert Plaintiff that a hazard existed at that place in the parking lot of Defendant's retail establishment.

11.

Because of the rain and the dark conditions, Plaintiff was unable to discover the hazard before she tripped and fell.

12.

Upon later inspection, the hazard in this case, the hole in Defendant's asphalt parking lot had been there for some time. It appears that Defendant or someone at its

request had undertaken a repair of the parking lot at this location and failed to repair and replace the asphalt prior to Plaintiff's fall.

13.

As a direct and proximate result of Defendant's negligent failure to repair the asphalt in its parking lot, Plaintiff was injured and suffered pain and suffering, disability, medical expenses, and wage loss.

14.

As a further and direct and proximate result of Defendant's negligence, Plaintiff incurred the following medical expenses:

| | |
|---|---|
| Body Mechanics Physical Therapy<br>550 Peachtree Street, NE<br>Suite 1760<br>Atlanta, GA  30308 | $ 21,870.87 |
| Columbia St. Mary's<br>2323 N. Lake Drive<br>P. O. Box 503<br>Milwaukee, WI 53201-0503 | $      585.32 |
| Emory University Hospital – Midtown<br>550 Peachtree Street, NE<br>Atlanta, GA  30308 | $   1,641.25 |
| Dr. Jeff Traub & Dr. Brian Vanderhoof<br>Georgia Knee & Sports Medicine (aka Proscan)<br>2801 N. Decatur Road<br>Suite 200<br>Decatur, GA  30033 | $   4,050.00 |

| | |
|---|---|
| Morehouse Medical Associates<br>75 Piedmont Avenue, Ste. 700<br>Atlanta, GA  30303 | $     564.00 |
| Physicians Immediate Medicine of Douglasville<br>9390 The Landing Drive<br>Douglasville, GA  30135 | $     271.15 |
| Quantum Radiology<br>P. O. Box 100023<br>Kennesaw, GA  30156-9223 | $     511.00 |
| The Shepherd Center<br>2020 Peachtree Road, NW<br>Atlanta, GA 30309 | $ 11,254.40 |
| Dr. Susan Dreyer<br>Emory Orthopaedic and & Spine Ctr/Emory Clinic<br>59 Executive Park S, NE<br>Ste. 3000<br>Atlanta, GA 30329 | $     734.00 |
| Wellstar Douglas Hospital<br>8954 Hospital Drive<br>Douglasville, GA 30134 | $   4,705.00 |
| Open MRI & Imaging of Georgia<br>P. O. Box 934805<br>Atlanta, GA  31193-4805 | $     890.00 |
| Orthopaedic Technology Specialists, Inc.<br>OTS/The Brace Center<br>577 Ralph McGill Blvd<br>Atlanta, GA  30312 | $   1,995.36 |
| Walgreens Pharmacy<br>1901 East Voorhees Street<br>Danville, IL 61834 | $     625.24 |

| | | |
|---|---|---|
| Acupuncture Oriental Healthcare<br>3325 Chamblee Dunwoody Road<br>Chamblee, GA 30341 | $ | 75.00 |
| | *TOTAL* | **$ 49,772.59** |

These expenses are continuing.

15.

As a further and direct proximate result of Defendant's negligence, Plaintiff incurred wage loss in the amount of $2,500.00. These losses are continuing.

WHEREFORE, Plaintiff demands judgment for damages against Defendant and trial by jury as to all issues.

This ____ day of March, 2011.

_____
FORREST B. JOHNSON
Georgia Bar No. 393480
FORREST B. JOHNSON & ASSOCIATES
1745 Martin L. King, Jr. Drive
Atlanta, Georgia 30314
(404) 758-9111