IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ZENA ADELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1:11-CV-0739-CC |
| LOWE'S HOME CENTERS, INC. ) | |
| d/b/a LOWE'S HOME CENTERS, ) | |
| INC. #1715, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff and Defendant in the above-styled action, by and through their undersigned attorney, and hereby stipulate that the above-entitled action is dismissed with prejudice.

This 26 day of July, 2011.

Respectfully submitted,

By: _____
FORREST B. JOHNSON
Georgia Bar No. 393480
Attorney for Plaintiff

Forrest B. Johnson & Associates
1745 Martin L. King, Jr. Drive
Atlanta, GA 30314
(404) 758-9111

SWIFT, CURRIE, McGHEE & HIERS, LLP

By: _____
K. Marc Barré, Jr.
Georgia Bar No. 039555
Attorney for Defendant

The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
(404) 874-8800
(404) 888-6199 [facsimile]

## 7.1 CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 7.1D of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point, pursuant to L.R. 5.1(C).

                                                Respectfully submitted,

                                                FORREST B. JOHNSON
                                                Georgia Bar No. 393480
                                                Attorney for Plaintiff

Forrest B. Johnson & Associates
1745 Martin L. King, Jr. Drive
Atlanta, GA  30314
(404) 758-9111

2340881v.1